ers. *Clarence Mulholland* and *Edward J. Hickey, Jr.* for respondents.

No. 122. MITCHELL, SECRETARY OF LABOR, *v.* BEKINS VAN & STORAGE Co. C. A. 9th Cir. Certiorari granted. *Simon E. Sobeloff,* then Solicitor General, *Solicitor General Rankin, Stuart Rothman* and *Bessie Margolin* for petitioner. *Homer D. Crotty* and *Lucien Shaw* for respondent.

No. 137. GOLD *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Harold I. Cammer, Joseph Forer* and *David Rein* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Tompkins* and *Philip R. Monahan* for the United States.

No. 153. OLIN MATHIESON CHEMICAL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari granted. *Wm. A. Stuart* and *H. W. Stull* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Theophil C. Kammholz* and *Dominick L. Manoli* for respondent.

No. 162. KREMEN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Norman Leonard* for petitioners. *Simon E. Sobeloff,* then Solicitor General, and *Assistant Attorney General Tompkins* for the United States.

No. 205. UNITED STATES EX REL. HINTOPOULOS ET UX. *v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Edward L. P. O'Connor* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Robert S. Erdahl* and *Isabelle Cappello* for respondent.